**Brian T. Kiolbasa**, OSB No. 112890
kiolbasab@lanepowell.com
**LANE POWELL PC**
601 SW Second Avenue, Suite 2100
Portland, Oregon 97204-3158
Telephone: 503.778.2100
Facsimile: 503.778.2200

Attorneys for Defendant Chase Bank USA, N.A.

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PENDLETON DIVISION

| | |
|---|---|
| **LYNNE STEWART,** | Case No. 2:18-cv-01212-SU |
| Plaintiff, | STIPULATED JUDGMENT |
| v. | |
| **JPMORGAN CHASE BANK, N.A., and DOES 1 through 100 inclusive,** | |
| Defendants. | |

Plaintiff Lynne Stewart ("Stewart") and defendant Chase Bank USA, N.A. (incorrectly named as JPMorgan Chase Bank, N.A.) ("Chase"), by and through their undersigned counsel, hereby stipulate to the following:

**STIPULATIONS**

1.  Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereby stipulate to the dismissal of plaintiff's claims against Chase as set forth in her Complaint (ECF No. 1), with prejudice and without costs or attorney fees to any party.

2.  Plaintiff Stewart stipulates to the entry of judgment against her on Chase's First and Second Counterclaims (breach of contract), in the amount of $18,177.26, plus the sum of

PAGE 1 -   STIPULATED JUDGMENT

$9,163.00, representing the fair value of the costs, fees, and expenses incurred by Chase in prosecuting its counterclaims, for a total of **$27,340.26**.

3. Chase's Third through Eighth Counterclaims are hereby dismissed as moot.

## ORDER AND JUDGMENT

It is ORDERED and ADJUDGED that pursuant to the Stipulations set forth above:

(1) Plaintiff's claims against Chase are dismissed with prejudice, without an award of fees or costs to any party;

(2) Defendant Chase is awarded a judgment on its First and Second Counterclaims in the amount of **$27,340.26** against Lynne Stewart;

(3) Chase's Third through Eighth Counterclaims are hereby dismissed as moot; and

(4) All pending case deadlines are stricken as moot, as this matter is concluded.

DATED: this 11th day of December, 2018.

/s/ Patricia Sullivan
United States Magistrate Judge

IT IS SO STIPULATED:

DATED: December 7, 2018

SAGARIA LAW, P.C.

By   /s/ Kyle Schumacher
  Kyle Schumacher, OSB No. 121887
  Telephone: 408.279.2288
Attorneys for Plaintiff

DATED: December 7, 2018

LANE POWELL PC

By   /s/ Brian T. Kiolbasa
  Brian T. Kiolbasa, OSB No. 112890
  Telephone: 503.778.2100
Attorneys for Defendant Chase Bank USA, N.A.

PAGE 2 -    STIPULATED JUDGMENT